IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN CHAPTER 7 |
| ) | |
| **DANIEL C. JALLITS,** ) | |
| **DONNA M. JALLITS,** ) | No. 04 B 03447 |
| ) | |
| Debtor(s). ) | |

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Now comes GINA B. KROL, Trustee herein ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. That on January 30, 2004, the above-referenced Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code, which was closed on May 27, 2004 and reopened on June 13, 2008. The Trustee was appointed, qualified and continues to serve as Trustee in this case.

2. That on September 28, 2009, Trustee sent distribution checks via U.S. Mail to the creditors listed on the attached Exhibit "A".

3. That the distribution checks to the Creditors remain outstanding or have been returned as undeliverable. All reasonable attempts to locate the Creditors have failed.

4. That by reason of the foregoing, Trustee has stopped payment on distribution checks which had not been cashed by said creditors and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100        /s/  Gina B. Krol
Chicago, IL 60602                    GINA B. KROL, Trustee
(312) 368-0300

# **EXHIBIT "A"**

| | | |
|---|---|---|
| Check No. 3020 | Elmhurst Emergency Med. Srvs.<br>P. O. Box 92016<br>Chicago, IL 60675-2016 | $218.04 |
| Check No. 3021 | Elmhurst Memorial Hospital<br>200 Berteau Avenue<br>Elmhurst, IL 60126 | 4,592.75 |
| Check No. 3032 | VCA Franklin Park Animal Hospital<br>9846 W. Grand Avenue<br>Franklin Park, IL 60131 | 244.89 |
| Check No. 3015 | Citibank<br>Attention: Bankruptcy<br>P. O. Box 6000<br>The Lakes, NV 89163-6000 | 151.44 |
| Check No. 3017 | Direc TV<br>P. O. Box 78627<br>Phoenix, AZ 85062-8627 | 214.82 |
| Check No. 3018 | DuPage Emergency Physicians<br>609 Academy Drive<br>Northbrook, IL 60062 | 354.44 |
| Check No. 3012 | Associated Pathology Consultants-E1<br>P. O. Box 2355<br>Carol Stream, IL 60132-2355 | 108.48 |
| Check No. 3029 | RSHK/CBUSA<br>P. O. Box 7038<br>Sioux Falls, SD 57117-7038 | 1,139.59 |
| Check No. 3030 | Sears<br>P. O. Box 818017<br>Cleveland, OH 44181-8017 | 508.04 |